DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK HADDEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1760

[August 17, 2017]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 561997CF001834A.

Ana M. Davide of the Law Offices of Ana M. Davide, Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***